NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID KISSI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5025

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-347, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**ORDER**

The court construes David Kissi's motion to "dismiss" the United States' response brief as a motion to strike the brief. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

__MAY 0 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David Kissi
     Alex P. Hontos, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK